```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

United States of America,          :

        Plaintiff          :

           v.                : Civil No. S-98-1995

Tonya F. Flurie,                   :

        Defendant          :

Eden Hagerstown                    :
15064 Carrollton Blvd.
Carrollton, VA 22314-3406,         :

        Garnishee          :
    . . . .ooOoo. . . .

Mr. Clerk:

    Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefor states:

    The defendant is no longer employed by Eden Hagerstown.

            Respectfully submitted,

            Thomas M. DiBiagio
            United States Attorney

    By: _____
        Thomas F. Corcoran
        Assistant United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201-2692
        (410) 209-4800
        Trial Bar No. 24894

CERTIFICATE OF SERVICE

It is HEREBY certified that on this _____ day of _____, 2003, a copy of the foregoing was mailed to Eden Hagerstown LLC, Attn: Jean White, Human Resources Manager, 15064 Carrollton Blvd., Carrollton, VA 22314-3406, garnishee and Tonya F. Flurie, 405 East Irvin Avenue, Hagerstown, Maryland 21742-3416, defendant.

_____
Thomas F. Corcoran
Assistant United States Attorney