IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America, | : |
| Plaintiff | : |
| v. | : Civil No. S-98-1995 |
| Tonya F. Flurie, | : |
| | : |
| Defendant, | |
| | : |
| Eden Hagerstown | |
| 15064 Carrollton Blvd. | : |
| Carrollton, VA 22314-3406, | |
| | : |
| Garnishee. | |

. . . .ooOoo. . . .

**CERTIFICATE OF SERVICE**

_____I hereby certify on March 13, 2003, a copy of Plaintiff, United States of America's, Motion to Withdraw Writ of Attachment on Wages, which was electronically filed in this case on March 13, 2003, was mailed via first class mail, postage prepaid, to the Judgment Debtor, and the Garnishee.

    Thomas M. DiBiagio
    United States Attorney

Date:   March 13, 2003      By:_____
    Thomas F. Corcoran
    Assistant United States Attorney
    Federal Bar No. 24894
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, MD 21201-2692
    ph. (410) 209-4800
    fx. (410) 962-2310